Approved.
/s/ *Benita Y. Pearson* on 1/20/2021
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Denise Yankle,<br><br>                Plaintiff,<br><br>– against–<br><br>Synchrony Bank, et al,<br><br>                Defendant(s). | Case No. 4:20-cv-02051-BYP<br>Judge Benita Y. Pearson<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SYNCHRONY BANK** |

Plaintiff Denise Yankle and Defendant Synchrony Bank hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed against Defendant Synchrony Bank with prejudice, with each party bearing that party's respective attorney's fees and costs.

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: /s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

**Carpenter Lipps & Leland LLP**

By: /s/ Tyler K. Ibom
Tyler K. Ibom
280 Plaza, Suite 1300
280 North High St.
Columbus, OH 43215
614-365-4100
ibom@carpenterlipps.com
*Attorneys for Defendant Synchrony Bank*